IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR416-255
)
JANARD BROWN, )
)
Defendant. )
)

## O R D E R

Before the Court is the Government's Motion to Correct Clear Error in Sentence. (Doc. 68.) In this motion, the Government argues that the Court's sentence of thirty months imprisonment with respect to Court Two is below the mandatory minimum of eighty-four months required by statute. (Id. at 2.) As a result, the Government requests that the Court correct this clear error, pursuant to Federal Rule of Criminal Procedure 35(a), by imposing a term of eighty-four months imprisonment with respect to Count 2 to be served consecutively with the term of imprisonment imposed on Count 1. (Id. at 3.)

Regrettably, the Government is correct and the motion must be **GRANTED**. As a result, the Court corrects its previous sentence by imposing the statutory minimum sentence of eighty-four months imprisonment with respect to Count Two, to be served consecutively to a term of

imprisonment of one day with respect to Count One.[1] The United States Probation Office is **DIRECTED** to correct the judgment accordingly.

SO ORDERED this 29th day of March 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court notes that it would not have initially sentenced Defendant to a thirty-month term of imprisonment with respect to Count One had it known that the Government would insist that Defendant received the mandatory minimum with respect to Count Two.